IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Davett J. Hall, :
:
       Plaintiff(s), :
: Case Number: 1:11cv249
   vs. :
: Chief Judge Susan J. Dlott
National Association of Letter Carriers,
AFL-CIO, et al., :
:
       Defendant(s). :

ORDER

      This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on September 17, 2013 a Report and Recommendation (Doc. 45).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 46) and defendants filed a response to the objections (Doc. 48).

      The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

      Accordingly, the Court finds that the motions for summary judgment are well-taken.  Therefore, the motions for summary judgment  by the Postal Service (Doc. 38) and the National Association of Letter Carriers AFL-CIO (Doc. 39) are **GRANTED.**

      This case is hereby **TERMINATED** from the docket.

      IT IS SO ORDERED.

                                   ___s/Susan J. Dlott_____
                                   Chief Judge Susan J. Dlott
                                   United States District Court